Filing # 109149055 E-Filed 06/19/2020 05:45:32 PM

                              IN THE CIRCUIT COURT OF THE
                              17TH JUDICIAL CIRCUIT IN AND FOR
                              BROWARD COUNTY, FLORIDA

                              CASE NO.: _____

Brenda Hernandez, and
Luis Luque, her husband,
    Plaintiffs,

-v-

Walmart, Inc.,
    Defendant.
_____/

## COMPLAINT

    Plaintiffs, Brenda Hernandez ("Plaintiff Brenda") and Luis Luque, ("Plaintiff Luis," and together with Plaintiff Brenda "Plaintiffs") by and through their undersigned counsel, sue Defendant Walmart, Inc., and state:

### Count I

### Defendant's Negligence as to Plaintiff Brenda

1. This is an action for damages that exceed the minimum jurisdictional amount of this Court.

2. All conditions precedent have been performed, waived or otherwise satisfied.

3. Plaintiffs are and were, at all times material to this action, residents of Broward County, Florida.

4. Upon information and belief, Defendant is and was, at all times material to this action an Arkansas corporation conducting business in Broward County, Florida.

5. On or about August 1, 2019, Defendant leased, rented, possessed, controlled, operated, and/or owned a building and/or property located at or near 1800 South University Drive, Miramar, Florida ("the premises"), that was used as a "Walmart Supercenter"

and Defendant actively supervised and maintained the premises through employees, agents and/or representatives.

6. At the above time and place, Plaintiff Brenda was an express or implied business invitee of Defendant and Plaintiff had gone onto the premises for the purpose of shopping.

7. While on the premises, Plaintiff Brenda suddenly and unexpectedly slipped and fell on water (or a similar liquid) that was on the floor in an aisle where customers were allowed or encouraged to shop.

8. Defendant owed a non-delegable duty of reasonable care to inspect, maintain and repair the premises in a reasonably safe condition for the safety of business invitees, which includes reasonable efforts to keep the premises free from transitory foreign objects or substances that might foreseeably cause loss, injury, or damage, and to warn of dangerous conditions which were known to Defendant or which could have been discovered by Defendant through the exercise of reasonable care.

9. Defendant negligently failed to maintain its premises in a reasonably safe condition, negligently failed to correct a dangerous condition about which it either knew or should have known through the exercise of reasonable care, and/or negligently failed to warn Plaintiff Brenda of a dangerous condition about which it had, or should have had, knowledge greater than that of Plaintiff Brenda.

10. The dangerous condition on the premises that caused Plaintiff Brenda to slip and fall was created by and/or known to Defendant or had existed for a sufficient length of time so that Defendant should have known of it.

11. As a direct and proximate result of Defendant's, Plaintiff Brenda slipped and fell on the premises.

12. As a result of her fall, Plaintiff Brenda sustained bodily injury' and resulting pain and suffering, disability, physical

impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, incurred expenses of hospitalization, medical, chiropractic and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition, disease or physical defect. Plaintiff Brenda's losses are either permanent or continuing and plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff Brenda Hernandez demands judgment in her favor and against Defendant for compensatory damages, costs and interest and demands trial by jury of all issues so triable as a matter of right.

## Count II
### Loss of Consortium Plaintiff Luis

13. The allegations set forth in paragraphs 1-12 are incorporated herein as set forth again in full.

14. At all times material hereto, Plaintiff Luis was the spouse of Plaintiff Brenda.

15. As a direct and proximate result of the negligence of Defendant, Plaintiff Luis lost the care, comfort, society, consortium, companionship, and services of his spouse Plaintiff Brenda, has been injured thereby, and is entitled under law to recover against Defendant for these losses.

WHEREFORE, Plaintiff Luis demands judgment in his favor and against Defendant in an amount which exceeds the jurisdictional requirements of this Court, plus interest and costs; and further demands such other and further relief as this Court may deem just, proper, and equitable; and demands a trial by jury of all issues triable as right by jury.

Dated June 19, 2020.

/s/ *Stuart B. Yanofsky*
Stuart B. Yanofsky, Esq.
Fla. Bar No. 841358

STEINGER, GREENE & FEINER
2727 W. Cypress Creek Rd.
Ft. Lauderdale, FL 33309
Email: sbyanofsky@InjuryLawyers.com
Telephone: 954-491-7701