# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**ANGELA E. NOBLE**
Clerk of Court

Appeals Section

Date: 9/12/2022

FILED BY _AP_ D.C.

SEP 12 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

ROA

IN RE:  District Court No: 20-61648-CV - RAR

U.S.C.A. No: 21-13039-JJ

Style: BRENDA HERNANDEZ, ET AL. V. SAMS EAST, INC.

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 0 Volume(s) of pleadings
- 0 Volume(s) of Transcripts
- Exhibits: 0 boxes; ___ folders;
- 1 envelopes; 0 PSIs (sealed)
- ☐ other: _____
- ☐ other: _____
- ☑ Other: 1 Env. Containing DE 87 (USB Drive)
- ☐ Other: _____

Sincerely,

Angela E. Noble, Clerk of Court

By: _____ Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 9/12/2022

Attachment
c: court file

S/F A-15
Rev. 10/94

☑ 400 N. Miami Avenue    ☐ 299 E. Broward Boulevard    ☐ 701 Clematis Street
Miami, Fl 33128-7716        Ft. Lauderdale, Fl 33301        West Palm Beach, Fl 33401
305-523-5080                954-769-5413                    561-803-3408

APPEAL,CLOSED,JMS,MEDIATION,REF_SETTLEMENT

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
### ABRIDGED CIVIL DOCKET FOR CASE #: 0:20-cv-61648-RAR
### Internal Use Only

HERNANDEZ et al v. SAMS EAST, INC.  
Assigned to: Judge Rodolfo A. Ruiz, II  
Referred to: Magistrate Judge Jared M. Strauss  
Case in other court: 21-13039-J  
                 17th Judicial Circuit, Broward County, Florida, CACE-20-010105  
Cause: 28:1441 Notice of Removal-Personal Injury

Date Filed: 08/14/2020  
Date Terminated: 04/26/2021  
Jury Demand: Defendant  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity

**Plaintiff**

**BRENDA HERNANDEZ**     represented by     **Stuart Barry Yanofsky**  
8551 W Sunrise Boulevard  
Suite 210  
Plantation, FL 33322  
954-473-0117  
Fax: 954-473-0520  
Email: stuart@stuartyanofsky.com  
*TERMINATED: 11/17/2020*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Alexandra Victoria Paez**  
Kubicki Draper, P.A.  
515 North Flagler Drive, Suite 1800  
West Palm Beach, FL 33401  
(561)615-4311  
Email: ap@kubickidraper.com  
*ATTORNEY TO BE NOTICED*

**Ronnie Michael Gotti , II**  
Steinger, Greene & Feiner  
2727 NW 62nd Street  
Fort Lauderdale, FL 33309  
954-302-7080  
Email: rgotti@injurylawyers.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LUIS LUQUE**     represented by     **Ronnie Michael Gotti , II**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

[Stamp: Certified to be a true and correct copy of the document on file. Angela E. Noble, Clerk, U.S. District Court, Southern District of Florida. By: [signature] Deputy Clerk. Date: 9/12/2022]

|   |   |   |
|---|---|---|
|   |   | Stuart Barry Yanofsky<br>(See above for address)<br>*TERMINATED: 11/17/2020*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Alexandra Victoria Paez<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Sam's East, Inc.** | represented by | **Jerry Dean Hamilton**<br>Hamilton Miller & Birthisel, LLP<br>150 Southeast Second Avenue<br>Suite 1200<br>Miami, FL 33131-2332<br>305-379-3686<br>Fax: 379-3690<br>Email: jhamilton@hamiltonmillerlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Matthew Oldershaw**<br>City of Fort Lauderdale<br>100 N. Andrews Avenue<br>Fort Lauderdale, FL 33301<br>954-828-5025<br>Fax: 954-828-5917<br>Email: roldershaw@fortlauderdale.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patricia Concepcion**<br>Hamilton Miller & Birthisel LLC<br>150 Southeast Second Avenue, Suite 1200<br>Miami, FL 33131<br>305-379-3686<br>Fax: 305-379-3690<br>Email: Pconcepcion@hamiltonmillerlaw.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2022 | 87 | CLERK'S Notice of Maintaining Audio-Visual Exhibit received from Yeemee Chan, Esq. Re D.E. 56 Notice of Conventional Filing, 39 Response to Motion. Exhibit Description: USB Drive - Exhibit B (Wal-Mart Surveillance Footage); for retrieval |

| | | information, please contact the Clerks Office - Records Section of the Wilkie D. Ferguson, Jr., U.S. Courthouse, 400 North Miami Avenue, Miami, FL 33128, (305) 523-5210. (apz) (Entered: 09/12/2022) *See env.* |
|---|---|---|