# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 29, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY _____ D.C.

FEB 2 4 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: **21-13039-JJ**
Case Style: Brenda Hernandez, et al v. Sam's East, Inc.
District Court Docket No: 0:20-cv-61648-RAR

The following record materials in the referenced case are returned herewith:

<u>One Envelope of Exhibits.</u>

Sincerely,            (1)env. Containing DE 87 (USB Drive)

DAVID J. SMITH, Clerk of Court

Reply to: Will Miller
Phone #: (404)335-6115

REC-3 Ltr Returning Record to DC

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 02, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: **21-13039-JJ**
Case Style:  Brenda Hernandez, et al v. Sam's East, Inc.
District Court Docket No:  0:20-cv-61648-RAR

The following record materials in the referenced case are returned herewith:

<u>One Envelope of Exhibits.</u>

Sincerely,                 *(1)env. Containing Duplicate USB - DE87.*

DAVID J. SMITH, Clerk of Court

Reply to: Will Miller

Phone #: (404)335-6115

REC-3 Ltr Returning Record to DC